

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2015

No. 04-15-00513-CR

Edward **HOUSTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7827
Honorable Kevin M. O'Connell, Judge Presiding

## O R D E R

On August 18, 2015, the trial court appointed Richard B. Dulany Jr., as Interim Chief Public Defender, to represent Appellant on appeal. On October 2, 2015, Richard B. Dulany Jr. filed a motion to withdraw as appellate counsel and delivered a copy to Appellant by certified mail. *See* TEX. R. APP. P. 6.5. In the motion, *inter alia*, counsel moves to withdraw.

On October 5, 2015, Michael D. Robbins, Assistant Public Defender in the Bexar County Public Defender's Office, entered his appearance as lead counsel.

Richard B. Dulany Jr.'s motion to withdraw is GRANTED.

We DIRECT the clerk of this court to (1) update this court's records to show Michael D. Robbins as Appellant's new attorney of record in this appeal and (2) send a copy of the motion to withdraw and the notice of appearance to Appellant by first class mail. *See id.* R. 6.1(c), 6.5(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2015.



Keith E. Hottle
Clerk of Court